UNITED STATES DISTRICT COURT
for
Eastern District of Washington

| U.S.A. vs. | CAWSTON, Mick Chi | Docket No. | 2:16CR00050-WFN-1 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

     COMES NOW Charles Kuipers, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Mick Chi Cawston, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 4th day of April 2016, under the following conditions:

**Condition #29:** Defendant shall participate in one or more of the following home confinement programs: Electronic Monitoring or GPS Monitoring AND Curfew: Defendant shall be restricted to his/her residence every day from 7:00 p.m. to 7:00 a.m. No later than April 15, 2016, defendant must have a land line telephone installed to enable electronic monitoring.

     RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** The defendant failed to answer his phone when phone calls were made for the purpose of curfew checks on April 17 and 18, 2016. The defendant failed to have a land line telephone installed by April 15, 2016.

**PRAYING THAT THE COURT WILL ISSUE A SUMMONS REQUIRING THE DEFENDANT TO APPEAR TO ANSWER TO THE ALLEGATIONS CONTAINED IN THIS PETITION**

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: April 18, 2016

by   s/Charles Kuipers

Charles Kuipers
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

April 19, 2016
Date