PS 8
(3/15)

# UNITED STATES DISTRICT COURT
for
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 26 2016

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

| U.S.A. vs. | CAWSTON, Mick Chi | Docket No. | 2:16CR00050-WFN-1 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Charles Kuipers, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Mick Chi Cawston, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 4th day of April 2016, under the following conditions:

**Condition #29:** Defendant shall participate in one or more of the following home confinement programs: Electronic Monitoring or GPS Monitoring AND Curfew: Defendant shall be restricted to his/her residence every day from 7:00 p.m. to 7:00 a.m. No later than April 15, 2016, defendant must have a land line telephone installed to enable electronic monitoring.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** On July 23, 2016, the defendant failed to return home by his ordered curfew and did not return to his residence until the afternoon of July 24, 2016.

**PRAYING THAT THE COURT WILL ISSUE A WARRANT**

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: July 25, 2016

by   s/Charles Kuipers

Charles Kuipers
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

_____
Signature of Judicial Officer

July 26, 2016
Date