PS 8
(3/15)

# UNITED STATES DISTRICT COURT
for
Eastern District of Washington



| U.S.A. vs. | CAWSTON, Mick Chi | Docket No. | 2:16CR00050-WFN-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Charles Kuipers, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Mick Chi Cawston, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 4th day of April 2016, under the following conditions:

**Condition #29:** Defendant shall participate in one or more of the following home confinement programs: Electronic Monitoring or GPS Monitoring AND Curfew: Defendant shall be restricted to his/her residence every day from 7:00 p.m. to 7:00 a.m. No later than April 15, 2016, defendant must have a land line telephone installed to enable electronic monitoring.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #2:** On July 26, 2016, the defendant left his residence after his ordered curfew time, cut off the electronic monitoring ankle strap, and absconded.

**PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE ALLEGED VIOLATION WITH THE VIOLATION REPORTED TO THE COURT ON JULY 26, 2016**

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: August 4, 2016

by s/Charles Kuipers

Charles Kuipers
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

8/5/16
Date