PS 8
(3/15)

# UNITED STATES DISTRICT COURT
for
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 22 2016

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

| U.S.A. vs. | CAWSTON, Mick Chi | Docket No. | 2:16CR00050-WFN-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Charles Kuipers, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Mick Chi Cawston, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 4th day of April 2016, under the following conditions:

**Condition #15:** Avoid all contact, direct or indirect, with any persons who Defendant would reasonably know are or may become a victim or potential witness in the subject investigation or prosecution. Pretrial Services may, but is not required to, exempt specific named individuals from this prohibition, including but not limited to immediate family members or co-workers.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #3:** According to Spokane Police Department incident number 16-312248 on August 21, 2016, the defendant was found to be with the identified victim in the instant federal matter.

**PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE ALLEGED VIOLATION WITH THE VIOLATIONS REPORTED TO THE COURT ON JULY 26, and AUGUST 5, 2016**

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:    August 22, 2016

by    s/Charles Kuipers

Charles Kuipers
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[X] ~~The Issuance of a Warrant~~ (No)
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

John Rodgers, USMJ
Signature of Judicial Officer

8-22-16
Date