PROB 12C
(6/16)

Report Date: September 9, 2019

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 09, 2019**

SEAN F. McAVOY, CLERK

Name of Offender: Mick Chi Cawston      Case Number: 0980 2:16CR00050-SAB-1

Address of Offender:      Grand Coulee, WA 99155

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: November 1, 2016

| | | |
|---|---|---|
| Original Offense: | Crime on Indian Reservation, Assault Resulting in Substantial Bodily Injury, 18 U.S.C. § 113(s)(7) & 1153 | |
| Original Sentence: | Prison - 18 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: November 20, 2017 |
| Defense Attorney: | Matthew A. Campbell | Date Supervision Expires: November 19, 2020 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number      Nature of Noncompliance

1      **Special Condition # 20**: The defendant shall not enter into or remain in any establishment where alcohol is the primary item of sale. The defendant shall abstain from alcohol and shall submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

     **Supporting Evidence**: Mick Chi Cawston violated his terms of supervised release by drinking alcohol on or about July 31, 2019.

     On May 2, 2018, this officer met with Mr. Cawston. The offender reviewed and signed the Judgment and Sentence which outlines the supervised release conditions. He was provided a copy.

     On July 31, 2019, Mr. Cawston provided a Breathalyzer sample which registered .059 and .075 respectively. A urinalysis sample was obtained and confirmed by laboratory analysis on August 7, 2019, to be positive for alcohol.

Prob12C
Re: Cawston, Mick Chi
September 9, 2019
Page 2

2      **Special Condition # 21**: The defendant shall abstain from the use of illegal substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

    **Supporting Evidence**: Mick Chi Cawston violated his terms of supervised release by consuming amphetamine and methamphetamine on or about July 31, 2019.

    On May 2, 2018, this officer met with Mr. Cawston. The offender reviewed and signed the Judgment and Sentence which outlines the supervised release conditions. He was provided a copy.

    On July 31, 2019, Mr. Cawston provided a urinalysis sample which was presumptive positive for amphetamine and methamphetamine. The sample was confirmed by laboratory analysis on August 7, 2019, to be positive for amphetamine and methamphetamine.

3      **Standard Condition # 11**: The defendant must be truthful when responding to the questions asked by the probation officer.

    **Supporting Evidence**: On July 31, 2019, Mr. Cawston was asked about any drug or alcohol use since our last interactions on June 4, 2019. He denied the use of any drugs or alcohol.

    On May 2, 2018, this officer met with Mr. Cawston. The offender reviewed and signed the Judgment and Sentence which outlines the supervised release conditions. He was provided a copy.

    This officer spoke with Mr. Cawston on August 16, 2019, who said he was not honest about his use of methamphetamine and alcohol during my home visit on July 31, 2019, because he was concerned he would immediately be taken to jail and removed from the community.

4      **Special Condition # 20**: The defendant shall not enter into or remain in any establishment where alcohol is the primary item of sale. The defendant shall abstain from alcohol and shall submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

    **Supporting Evidence**: Mick Chi Cawston violated his terms of supervised release by drinking alcohol on or about August 10, 2019.

    On May 2, 2018, this officer met with Mr. Cawston. The offender reviewed and signed the Judgment and Sentence which outlines the supervised release conditions. He was provided a copy.

    On August 16, 2019, Mr. Cawston disclosed to this officer he had drank a six-pack of beer on August 10, 2019.

Prob12C
Re: Cawston, Mick Chi
September 9, 2019
Page 3

| | | |
|---|---|---|
| 5 | | **Special Condition # 21**: The defendant shall abstain from the use of illegal substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mick Chi Cawston violated his terms of supervised release by consuming amphetamine and methamphetamine on or about August 4, 2019.

On May 2, 2018, this officer met with Mr. Cawston. The offender reviewed and signed the Judgment and Sentence which outlines the supervised release conditions. He was provided a copy.

On August 16, 2019, Mr. Cawston disclosed to this officer he last used methamphetamine on or about August 4, 2019.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    September 9, 2019

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

---

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[ ]    Other

_Stanley A. Bastian_
Signature of Judicial Officer

09/09/2019
Date