PROB 12C
(6/16)

Report Date: March 17, 2020

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 23, 2020**

SEAN F. McAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Mick Chi Cawston                Case Number: 0980 2:16CR00050-SAB-1

Address of Offender:                    , Nespelem, Washington 99155

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: November 1, 2016

Original Offense:    Crime on Indian Reservation, Assault Resulting in Substantial Bodily Injury, 18 U.S.C. §§ 113(s)(7) & 1153

Original Sentence:   Prison - 18 months              Type of Supervision: Supervised Release
                     TSR - 36 months

Asst. U.S. Attorney: Alison L. Gregoire            Date Supervision Commenced: November 20, 2017

Defense Attorney:    Matthew A. Campbell           Date Supervision Expires: November 19, 2020

---

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 21**: The defendant shall abstain from the use of illegal substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On January 14, 2020, Mr. Cawston provided a urine sample that tested positive for methamphetamine, a direct violation of special condition number 21.<br><br>Mr. Cawston admitted to the undersigned, and via a signed document, that he last used methamphetamine on January 10, 2020.<br><br>On May 2, 2018, Mr. Cawston reviewed and signed the judgment for case number 2:16CR00050-SAB-1, which outlines the supervised release conditions. He was provided a copy. |

Prob12C
**Re: Cawston, Mick Chi**
**March 17, 2020**
Page 2

2  **Special Condition # 21**: The defendant shall abstain from the use of illegal substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On March 12, 2020, Mr. Cawston provided a urine sample that tested positive for cocaine and methamphetamine, a direct violation of special condition number 21.

Mr. Cawston admitted to the undersigned, and via a signed document, that he last consumed cocaine and methamphetamine on or about March 7, 2020.

On May 2, 2018, Mr. Cawston reviewed and signed the judgment for case number 2:16CR00050-SAB-1, which outlines the supervised release conditions. He was provided a copy.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    03/17/2020

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

*Stanley A. Bastian*

Signature of Judicial Officer

3/23/2020
Date