PROB 12C
(6/16)

Report Date: April 8, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 08, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Mick Chi Cawston | Case Number: 0980 2:16CR00050-SAB-1 |
| Address of Offender: | , Nespelem, Washington 99155 |

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: November 1, 2016

| | |
|---|---|
| Original Offense: | Crime on Indian Reservation, Assault Resulting in Substantial Bodily Injury, 18 U.S.C. §§ 113(s)(7) & 1153 |
| Original Sentence: | Prison - 18 months<br>TSR - 36 months |
| Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Alison L. Gregoire |
| Date Supervision Commenced: | November 20, 2017 |
| Defense Attorney: | Federal Defenders Office |
| Date Supervision Expires: | November 19, 2020 |

### PETITIONING THE COURT

To issue a **warrant** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 03/23/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition # 1**: The defendant not commit another federal, state or local crime.<br><br>**Supporting Evidence**: On April 7, 2020, Mr. Cawston committed the offense of battery-domestic violence, a direct violation of mandatory condition number 1.<br><br>On May 2, 2018, Mr. Cawston reviewed and signed the judgment for case number 2:16CR00050-SAB-1, which outlines the supervised release conditions.  He was provided a copy.<br><br>Per Colville Tribal police report number 20-0441, on April 7, 2020, Colville Tribal police responded to a call of a possible domestic violence in progress at Mr. Cawston's residence. Upon arrival, Colville Tribal police observed Mr. Cawston yelling at his girlfriend, whom resides with Mr. Cawston. The girlfriend informed the responding officer that Mr. Cawston had chased her out of their residence, pushed her into a vehicle parked in the driveway and grabbed her upper arms. Report number 20-0441 further indicates Mr. Cawston's neighbor called 911 after observing him push his girlfriend into a parked vehicle and grabbing her |

Prob12C
**Re: Cawston, Mick Chi**
**April 8, 2020**
Page 2

upper arms. Mr. Cawston was ultimately arrested for battery-domestic violence. It should be noted, his girlfriend is the victim in the instant offense.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   04/08/2020

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*Stanley A. Bastian*

Signature of Judicial Officer

4/8/2020

Date