PROB 12C
(6/16)

Report Date: June 5, 2020

# United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 05, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Mick Chi Cawston                                  Case Number: 0980 2:16CR00050-SAB-1

Address of Offender:                           , Nespelem, Washington 99155

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: November 1, 2016

Original Offense:         Crime on Indian Reservation, Assault Resulting in Substantial Bodily Injury, 18 U.S.C.
                          §§ 113(s)(7) & 1153

Original Sentence:        Prison - 18 months                Type of Supervision: Supervised Release
                          TSR - 36 months

Asst. U.S. Attorney:      Alison L. Gregoire                Date Supervision Commenced: November 20, 2017

Defense Attorney:         Katherine Westerman               Date Supervision Expires: November 19, 2020

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 03/23/2020 and 04/08/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 21**: The defendant shall abstain from the use of illegal substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On June 4, 2020, Mr. Cawston provided a urine sample that tested positive for methamphetamine, a direct violation of special condition number 21.

On May 2, 2018, Mr. Cawston reviewed and signed the judgment for case number 2:16CR00050-SAB-1, which outlines the supervised release conditions. He was provided a copy.

On June 2, 2020, Mr. Cawston and the undersigned spoke via telephone and exchanged text messages, in which Mr. Cawston admitted to using methamphetamine on this date. On June 4, 2020, Mr. Cawston provided a urine sample that tested positive for methamphetamine, in which he admitted to the undersigned officer, and via a signed document, that he last used methamphetamine on June 2, 2020.

Prob12C
Re: Cawston, Mick Chi
June 5, 2020
Page 2

5    **Special Condition # 20**: The defendant shall not enter into any establishment where alcohol is the primary sale. The defendant shall abstain from alcohol and shall submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: On June 2, 2020, Mr. Cawston consumed alcohol, a direct violation of special condition number 20.

On May 2, 2018, Mr. Cawston reviewed and signed the judgment for case number 2:16CR00050-SAB-1, which outlines the supervised release conditions. He was provided a copy.

On June 2, 2020, Mr. Cawston and the undersigned spoke via telephone and exchanged text messages, in which Mr. Cawston admitted to consuming beer on this date. On June 4, 2020, the undersigned met with Mr. Cawston, in which he again admitted to this officer, and via a signed document, that he last consumed beer on June 2, 2020.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    06/05/2020

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

Signature of Judicial Officer

6/5/2020
Date