PROB 12C
(6/16)

Report Date: June 16, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 16, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Mick Chi Cawston                    Case Number: 0980 2:16CR00050-SAB-1

Address of Offender:                    , Nespelem, Washington 99155

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: November 1, 2016

| | | |
|---|---|---|
| Original Offense: | Crime on Indian Reservation, Assault Resulting in Substantial Bodily Injury, 18 U.S.C. §§ 113(s)(7) & 1153 | |
| Original Sentence: | Prison - 18 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: November 20, 2017 |
| Defense Attorney | Katherine Westerman | Date Supervision Expires: November 19, 2020 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 03/23/2020, 04/08/2020 and 06/05/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition # 21**: The defendant shall abstain from the use of illegal substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On June 15, 2020, Mr. Cawston used methamphetamine, a direct violation of special condition number 21.<br><br>On May 2, 2018, Mr. Cawston reviewed and signed the judgment for case number 2:16CR00050-SAB-1, which outlines the supervised release conditions. He was provided a copy.<br><br>On June 16, 2020, the undersigned officer received a text message from Mr. Cawston, in which he apologized for being "out of touch lately," as the undersigned officer had attempted to contact Mr. Cawston on multiple occasions since June 5, 2020. Mr. Cawston |

Prob12C
**Re: Cawston, Mick Chi**
**June 16, 2020**
**Page 2**

|   |   |
|---|---|
|   | admitted he had used methamphetamine on multiple occasions since June 5, 2020, and he last used methamphetamine on the evening of June 15, 2020. |
| 7 | **Special Condition # 20**: The defendant shall not enter into any establishment where alcohol is the primary sale. The defendant shall abstain from alcohol and shall submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance. |

**Supporting Evidence**: On June 15, 2020, Mr. Cawston consumed alcohol, a direct violation of special condition number 20.

On May 2, 2018, Mr. Cawston reviewed and signed the judgment for case number 2:16CR00050-SAB-1, which outlines the supervised release conditions. He was provided a copy.

On June 16, 2020, the undersigned officer received a text message from Mr. Cawston, in which he apologized for being "out of touch lately," as the undersigned officer has attempted to contact Mr. Cawston on multiple occasions since June 5, 2020. Mr. Cawston admitted he has consumed alcohol on multiple occasions since June 5, 2020, and he last consumed alcohol on the evening of June 15, 2020.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   06/16/2020

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

Prob12C
**Re: Cawston, Mick Chi**
**June 16, 2020**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

6/16/2020
Date