PROB 12C
(6/16)

Report Date: January 27, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 28, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Mick Chi Cawston        Case Number: 0980 2:16CR00050-SAB-1

Address of Offender:            Nespelem, Washington 99155

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: November 1, 2016

Original Offense:        Crime on Indian Reservation, Assault Resulting in Substantial Bodily Injury, 18 U.S.C. §§ 113(s)(7) & 1153

Original Sentence:        Prison - 18 months        Type of Supervision: Supervised Release
                          TSR - 36 months

Revocation Sentence:      Prison - 5 months
(July 8, 2020)            TSR - 24 months

Asst. U.S. Attorney:      Alison L. Gregoire         Date Supervision Commenced: November 20, 2020

Defense Attorney:         Katherine Westerman        Date Supervision Expires: November 19, 2022

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1    **Mandatory Condition # 3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**Supporting Evidence**: It is alleged Mr. Cawston violated the terms of his supervised release by using methamphetamine and heroin on or about January 17, 2021, a direct violation of mandatory condition number 3.

On December 5, 2020, Mr. Cawston reviewed and signed the judgment for case number 2:16CR00050-SAB-1, which outlines the supervised release conditions. He was provided a copy and acknowledged an understanding of his obligations to the Court.

On January 20, 2021, the undersigned spoke with Mr. Cawston and his substance abuse counselor via telephone. It was at that time Mr. Cawston informed the undersigned he relapsed on methamphetamine and heroin on or about January 17, 2021.

Prob12C
**Re: Cawston, Mick Chi**
**January 27, 2021**
Page 2

2    **Mandatory Condition # 3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**Supporting Evidence**: It is alleged Mr. Cawston violated the terms of his supervised release by using methamphetamine on or about January 24, 2021, a direct violation of mandatory condition number 3.

On December 5, 2020, Mr. Cawston reviewed and signed the judgment for case number 2:16CR00050-SAB-1, which outlines the supervised release conditions. He was provided a copy and acknowledged an understanding of his obligations to the Court.

On January 26, 2021, the undersigned contacted Mr. Cawston at his residence. Mr. Cawston was informed a urinalysis was to be collected, and prior to submitting to testing, Mr. Cawston admitted to the undersigned, and via a signed document, that he last used methamphetamine and heroin on January 24, 2021. Mr. Cawston's urinalysis tested positive for methamphetamine and morphine.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   01/27/2021

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

1/28/2021
Date