PROB 12C
(6/16)

Report Date: February 23, 2021

# United States District Court

#### for the

#### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 23, 2021**

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Mick Chi Cawston                Case Number: 0980 2:16CR00050-SAB-1

Address of Offender:                Nespelem, Washington 99155

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: November 1, 2016

| | | |
|---|---|---|
| Original Offense: | Crime on Indian Reservation, Assault Resulting in Substantial Bodily Injury, 18 U.S.C. §§ 113(s)(7) & 1153 | |
| Original Sentence: | Prison - 18 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(July 8, 2020) | Prison - 5 months<br>TSR - 24 months | |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: November 20, 2020 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: November 19, 2022 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/28/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition # 3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.<br><br>**Supporting Evidence**: It is alleged Mr. Cawston violated the terms of his supervised release by using methamphetamine and heroin on or about February 17, 2021, a direct violation of mandatory condition number 3.<br><br>On December 5, 2020, Mr. Cawston reviewed and signed the judgment for case number 2:16CR00050-SAB-1, which outlines the supervised release conditions. He was provided a copy and acknowledged an understanding of his obligations to the Court. |

Prob12C
Re: Cawston, Mick Chi
February 23, 2021
Page 2

On February 19, 2021, after Mr. Cawston's initial appearance in respect to the violation petition filed on January 28, 2021, he was directed to provide a urinalysis at Pioneer Human Services (PHS). It was at that time Mr. Cawston admitted to the undersigned he last used methamphetamine and heroin on February 17, 2021. Mr. Cawston provided a urinalysis at PHS, in which the sample tested presumptive positive for methamphetamine, amphetamine, and morphine. Mr. Cawston signed an admission statement admitting he last used methamphetamine and heroin on February 17, 2021.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    02/23/2021

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

2/23/2021
Date