PROB 12C
(6/16)

Report Date: March 22, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 22, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Mick Chi Cawston                                   Case Number: 0980 2:16CR00050-SAB-1

Address of Offender:            Nespelem, Washington 99155

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: November 1, 2016

| | | |
|---|---|---|
| Original Offense: | Crime on Indian Reservation, Assault Resulting in Substantial Bodily Injury, 18 U.S.C. §§ 113(s)(7) & 1153 | |
| Original Sentence: | Prison - 18 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(July 8, 2020) | Prison - 5 months<br>TSR - 24 months | |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: November 20, 2020 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: November 19, 2022 |

## PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/28/2021 and 02/23/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition #5**: You must participate in an inpatient substance abuse treatment program and any recommended aftercare. You must follow the rules and regulations of the treatment program. The probation officer will supervise your participation in the program (provider, location, modality, intensity, etc.). You must pay the costs of the program if financially able. |

**Supporting Evidence**: It is alleged that Mr. Cawston has failed to participate in an inpatient substance abuse treatment program as he vacated the program on March 15, 2021, prior to successfully completing said program, a direct violation of special condition number 5.

On December 5, 2020, Mr. Cawston reviewed and signed the judgment for case number 2:16CR00050-SAB-1, which outlines the supervised release conditions. He was provided a copy and acknowledged an understanding of his obligations to the Court.

Prob12C
**Re: Cawston, Mick Chi**
**March 22, 2021**
**Page 2**

On March 2, 2021, Mr. Cawston entered into a substance abuse treatment program at the James Oldham Treatment Center. On March 15, 2021, Mr. Cawston contacted the undersigned stating that he was going to depart from the James Oldham Treatment Center on this date prior to successfully completing the program. On March 16, 2021, the undersigned confirmed with James Oldham Treatment Center staff that Mr. Cawston did leave the inpatient program on March 15, 2021, prior to successfully completing his recommended program.

5  **Special Condition #3**: You must abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Mr. Cawston used methamphetamine on or about March 14, 2021, a direct violation of special condition number 3.

On December 5, 2020, Mr. Cawston reviewed and signed the judgment for case number 2:16CR00050-SAB-1, which outlines the supervised release conditions. He was provided a copy and acknowledged an understanding of his obligations to the Court.

On March 19, 2021, Mr. Cawston submitted a urinalysis as directed at the U.S. Probation Office's contracted vendor in Yakima, Washington. The urinalysis tested presumptive positive for methamphetamine and amphetamines. Thereafter, Mr. Cawston informed the undersigned via text message that he used methamphetamine on one occasion while he was at an inpatient treatment facility. On March 22, 2021, Mr. Cawston admitted to the undersigned via telephone that he used methamphetamine on March 14, 2021.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   03/22/2021

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

Prob12C
**Re: Cawston, Mick Chi**
**March 22, 2021**
**Page 3**

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*Stanley A. Bastian*

Signature of Judicial Officer

3/22/2021

Date