PROB 12C
(6/16)

Report Date: March 31, 2021

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 02, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Mick Chi Cawston | Case Number: | 0980 2:16CR00050-SAB-1 |

Address of Offender:    Nespelem, Washington 99155

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: November 1, 2016

| | | |
|---|---|---|
| Original Offense: | Crime on Indian Reservation, Assault Resulting in Substantial Bodily Injury, 18 U.S.C. §§ 113(s)(7) & 1153 | |
| Original Sentence: | Prison - 18 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(July 8, 2020) | Prison - 5 months<br>TSR - 24 months | |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: November 20, 2020 |
| Defense Attorney: | John Barto McEntire, IV | Date Supervision Expires: November 19, 2022 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/28/2021, 02/23/2021 and 03/22/2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition # 2**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and shall submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.<br><br>**Supporting Evidence**: It is alleged that Mr. Cawston violated the terms of his supervised release by consuming alcohol on or about March 18, 2021, a direct violation of special condition number 2.<br><br>On December 5, 2020, Mr. Cawston reviewed and signed the judgment for case number 2:16CR00050-SAB-1, which outlines the supervised release conditions.  He was provided a copy and acknowledged an understanding of his obligations to the Court. |

Prob12C
**Re: Cawston, Mick Chi
March 31, 2021
Page 2**

On March 19, 2021, Mr. Cawston submitted a urinalysis as directed in Yakima, Washington, in which the sample was sent to the laboratory for further testing after he initially tested presumptive positive for methamphetamine and amphetamine. On March 29, 2021, the undersigned ascertained the urinalysis was confirmed positive for methamphetamine and alcohol. On March 30, 2021, the undersigned spoke with Mr. Cawston via telephone and he admitted to consuming alcohol on March 18, 2021.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   03/31/2021

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

## THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

4/2/2021

Date